Commonwealth *v.* Boswell, Appellant.

Argued November 18, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and POMEROY, JJ.

*Robert H. Arronson,* for appellant.

*Peter S. Greenberg,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 25, 1971:

Appeal quashed. Cf. *Commonwealth ex rel. Austin v. Hendrick,* 440 Pa. 236, 269 A. 2d 750 (1970), and *Commonwealth ex rel. Gordy v. Lyons,* 434 Pa. 165, 252 A. 2d 197 (1969).

Mr. Justice COHEN took no part in the decision of this case.

Mr. Justice ROBERTS took no part in the consideration or decision of this case.